JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN E. CARRERA, | Case No. CV 24-5420-VBF (AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, et, al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: October 25, 2024

/s/ Valerie Baker Fairbank

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE