# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN E. CARRERA,<br><br>    Plaintiff,<br><br> v.<br><br>COUNTY OF LOS ANGELES, et, al.,<br><br>    Defendants. | Case No. CV 24-5420-VBF (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. In sum, Plaintiff's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that (1) Defendants' motion to dismiss is GRANTED; (2) Defendants' request for judicial notice is GRANTED; and (3) the Complaint is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED:  October 25, 2024

                                          Valerie Baker Fairbank
                                      _____
                                        VALERIE BAKER FAIRBANK
                                     UNITED STATES DISTRICT JUDGE